BEATRICE E. SCHEEPER, Appellant, *v.* INMAR ESTATES, INC., et al., Respondents.

Argued November 12, 1946; decided November 27, 1946.

*Edward J. Shumway* for appellant.

*James Dempsey* and *Bartholomew A. Moynahan* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.